IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ALLAN GARNER, MORGAN BEARD and BRONSON CURTIS | | PLAINTIFFS |
| v. | Case No. 5:24-cv-5081-TLB | |
| SHINE SOLAR, LLC, and CALEB GORDEN | | DEFENDANTS |

## MOTION TO DISMISS

COME NOW Defendants, Shine Solar, LLC ("**Shine**") and Caleb Gorden ("**Gorden**"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("**FRCP**"), or, alternatively, Rule 56 of the FRCP, and for their Motion to Dismiss Plaintiffs' Complaint, state as follows:

1. In January 2024, Plaintiffs Allan Garner, Morgan Beard, and Bronson Curtis (collectively, "**Plaintiffs**") each voluntarily executed an Arbitration Agreement (the "**Agreements**") with Shine. The Agreements have a provision requiring arbitration of any dispute arising from or relating to the employment relationship, compensation, termination, or of any claim arising under the Fair Labor Standards Act ("**FLSA**").

2. In the Complaint (Doc. 2), Plaintiffs asserted claims against Defendant arising from the employment relationship, related to compensation, and under the FLSA. Specifically, Plaintiffs claim that Defendants failed to pay Plaintiffs proper overtime compensation for all hours that Plaintiffs worked over forty (40) each week and that Defendants violated the anti-retaliation provisions of the FLSA.

3. Defendants move to dismiss the Complaint for failure to state claims upon which relief can be granted and for summary judgment, pursuant to Rules 12(b)(6) and 56, respectively, of the FRCP.

4. Plaintiffs expressly agreed that all actions, proceedings, or litigation arising out of or relating to the parties' Agreements would be resolved only by an arbitrator through final and binding arbitration and not by way of court or jury trial.

5. Defendants attached hereto the following exhibits:

    a. Exhibit 1 – Arbitration agreement of Allan Garner;

    b. Exhibit 2 - Arbitration agreement of Morgan Beard; and

    c. Exhibit 3 - Arbitration agreement of Bronson Curtis.

6. A Brief in Support setting forth in greater detail the basis for this Motion is being filed contemporaneously herewith and is incorporated herein by reference.

7. By filing this Motion to Dismiss, Defendants do not waive, and specifically reserves, the right to plead further and add additional affirmative defenses or any other defenses, rights and objections that may be available to it under Federal law and the FRCP.

WHEREFORE, Defendants Shine Solar, LLC and Caleb Gorden respectfully requests that the Court enter an order dismissing Plaintiffs' Complaint and these proceedings with prejudice and award Defendant all other appropriate relief.

                                                          Respectfully submitted,

                                                          SHINE SOLAR LLC and
                                                          CALEB GORDEN,

                                       By:    */s/ Timothy Hutchinson*
                                                       Timothy Hutchinson (2000-030)
                                                       Larry McCredy (2007-152)
                                                       RMP LLP

>P.O. Box 1788
>Fayetteville, AR  72702
>Phone: (479) 443-2705
>Fax: (479) 443-2718
>thutchinson@rmp.law
>lmccredy@rmp.law
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Tim Hutchinson, hereby certify that on May 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will automatically send a notice of electronic filing and a copy of the filing to all counsel of record.

>*/s/ Timothy Hutchinson*
>Timothy Hutchinson