IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ALLAN GARNER, MORGAN BEARD and BRONSON CURTIS**                               **PLAINTIFFS**

vs.                    Case No. 5:24-cv-5081-TLB

**SHINE SOLAR, LLC, and CALEB GORDEN**                               **DEFENDANTS**

### RESPONSE TO MOTION TO DISMISS

Having reviewed the arbitration agreements Defendants attached to their Motion to Dismiss, ECF No. 7, Plaintiffs do not object to moving their claims to arbitration. However, Plaintiffs respectfully request that this Court stay these proceedings pending resolution in arbitration rather than dismissing the claims. The Supreme Court recently held that "[w]hen a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, §3 of the FAA compels the court to stay the proceeding." *Smith v. Spizzirri*, No. 22-1218, 2024 U.S. LEXIS 2170, at *5-6 (May 16, 2024). Accordingly, a stay rather than a dismissal is proper here.

Page 1 of 2
Allan Garner et al. v. Shine Solar, LLC et al.
U.S.D.C. (W.D. Ark.) Case No. 5:24-cv-5081-TLB
Response to Motion to Dismiss

Respectfully submitted,

**ALLAN GARNER, MORGAN BEARD
and BRONSON CURTIS, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**Page 2 of 2
Allan Garner et al. v. Shine Solar, LLC et al.
U.S.D.C. (W.D. Ark.) Case No. 5:24-cv-5081-TLB
Response to Motion to Dismiss**