IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALLAN GARNER; MORGAN BEARD;
and BRONSON CURTIS                                                                          PLAINTIFFS

V.                                   CASE NO. 5:24-CV-5081

SHINE SOLAR, LLC and CALEB GORDEN                                                  DEFENDANTS

## ORDER

      Before the Court are Defendants' Motion to Dismiss and to Compel to Arbitration (Doc. 7) and Plaintiffs' Response (Doc. 9). Plaintiffs do not oppose the Motion, though they ask that the case be stayed instead of dismissed.

      **IT IS ORDERED** that the Motion is **GRANTED** and the parties are **COMPELLED TO ARBITRATION**. The Court declines to enter a formal stay of these proceedings. Instead, the Clerk of Court is **DIRECTED TO ADMINISTRATIVELY TERMINATE THE CASE**, and the parties may move to reopen it if further action of the Court is required after arbitration has concluded.

      **IT IS SO ORDERED** on this 7th day of June, 2024.

                                           */s/ Timothy L. Brooks*
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE